AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Emil Uychiat<br><br>*Plaintiff(s)*<br>v.<br>Hotel-Like, Inc. and David G. Serana, In His Individual And Official Capacities<br><br>*Defendant(s)* | Civil Action No. 2:22-cv-01730 (LDH)(ST) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Hotel-Like, Inc.
c/o David G. Serana, Owner and CEO
3929 Berger Ave
Bethpage, New York 11714

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Phillips & Associates, PLLC
45 Broadway, Suite 430
New York, New York 10006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Brenna B. Mahoney*

CLERK OF COURT

Date: 3/29/2022

*Laura Jakubowski*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| Emil Uychiat <br> *Plaintiff(s)* <br> v. <br> Hotel-Like, Inc. and David G. Serana, In His Individual And Official Capacities <br> *Defendant(s)* | ))))))))))))) | Civil Action No. 2:22-cv-01730 (LDH)(ST) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   David G. Serana
   3929 Berger Ave
   Bethpage, New York 11714

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Phillips & Associates, PLLC
   45 Broadway, Suite 430
   New York, New York 10006

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: 3/29/2022

Brenna B. Mahoney
*CLERK OF COURT*

*Laura Jakubowski*
*Signature of Clerk or Deputy Clerk*